UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA BEVERIDGE,

                Plaintiff,                           Case No. 14-14226

                                            Paul D. Borman

v.                                       United States District Judge

                                            Stephanie Dawkins Davis

COMMISSIONER OF SOCIAL SECURITY,      United States Magistrate Judge

                Defendant.
_____/

### ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S MARCH 10, 2016 REPORT AND RECOMMENDATION (ECF NO. 23), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 17), (4) REVERSING THE FINDINGS OF THE COMMISSIONER AND (5) REMANDING FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

On March 10, 2016, Magistrate Judge Stephanie Dawkins Davis issued a Report and Recommendation to GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, REVERSE the findings of the Commissioner and REMAND this matter for further proceedings under Sentence Four of 42 U.S.C. § 405(g). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF NO. 23), GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 15), DENIES Defendant's Motion for Summary Judgment, REVERSES the findings of

1

the Commissioner and REMANDS the matter for further proceedings under Sentence Four

of 42 U.S.C. § 405(g).

IT IS SO ORDERED.


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 7, 2016


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney
or party of record herein by electronic means or first class U.S. mail on April 7, 2016.


s/Deborah Tofil
Case Manager