UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA BEVERIDGE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 14-14226

Paul D. Borman
United States District Judge

Stephanie Dawkins Davis
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE DAVIS'S SEPTEMBER 19, 2018 REPORT AND RECOMMENDATION (ECF NO. 32) AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (ECF NO. 29)

On April 26, 2018, Plaintiff filed a motion for attorney fees under 42 U.S.C. § 406(b)(1). (ECF No. 29.) On May 1, 2018, the Commissioner filed a "Statement of No Objection to Plaintiff's Request for Fees Pursuant to Section 406(b) of the Social Security Act." (ECF No. 30.) On September 19, 2018, Magistrate Judge Davis issued a Report and Recommendation to grant Plaintiff's motion for fees. (ECF No. 32.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's motion for

1

fees, and AWARDS Plaintiff $8,710.50 in attorney fees to Plaintiff's counsel, subject to the $5,900.00 refund from counsel to Plaintiff.

IT IS SO ORDERED.

Paul D. Borman
United States District Judge

Dated: OCT 15 2018